UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE LEE SAYLES,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2891** |
| **SOCIAL SECURITY ADMINISTRATION**<br>    Defendant | **SECTION "E"** |

### ORDER

The Court, having considered the pleadings, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner of Social Security's final decision denying Plaintiff, Clarence Lee Sayles' claim for Disability Benefits and Supplemental Security Income Benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 423, 1382(c), be **AFFIRMED** as the decision was based on substantial evidence and applied the correct legal standards, pursuant to Title 42 U.S.C. § 405(g).

**New Orleans, Louisiana, this 10th day of July, 2014.**

                                    _____
                                            **SUSIE MORGAN**
                                    **UNITED STATES DISTRICT JUDGE**